UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CURTIS SCOT LEONARD,

                Plaintiff,

v.

ISLAND COUNTY, *et al.*,

                Defendants.

CASE NO. C18-322-RSL-JPD

REPORT AND RECOMMENDATION

This is a civil rights action brought under 42 U.S.C. § 1983. Plaintiff submitted his original complaint to this Court for filing on March 1, 2018, together with an application to proceed with this action *in forma pauperis*. (*See* Dkt. 1.) Though plaintiff's complaint was not a model of clarity, he appeared to allege that he was unlawfully arrested and detained by Island County sheriff's deputies, that Island County Superior Court and District Court judges improperly proceeded against him after subject matter jurisdiction was challenged, that he had been denied access to a sufficient law library, that he was improperly threatened with arrest, that various defendants conspired to deprive him of his homestead, and that he was unlawfully deprived of his personal property. (*See* Dkt. 1-1 at 3, 6.)

REPORT AND RECOMMENDATION - 1

On April 5, 2018, the Court granted plaintiff's application to proceed *in forma pauperis*, and his complaint was filed. (Dkts. 4, 5.) On the same date, this Court issued an Order declining to serve plaintiff's complaint and granting him leave to amend. (Dkt. 6.) On April 11, 2018, these two Orders, which had been mailed to plaintiff at the Island County Correctional Facility, his address of record, were returned by the post office with a notation indicating that the mail was not deliverable because plaintiff was no longer in jail. (*See* Dkt. 7.) To date, plaintiff has not provided the Court with an updated address.

Because over sixty days have passed since mail directed to plaintiff at his address of record was returned by the post office, and because plaintiff has not notified the Court of his current address, this action should be dismissed, without prejudice, for failure to prosecute pursuant to LCR 41(b)(2). A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than **July 11, 2018**. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **July 13, 2018.**

//
//
//
//
//

REPORT AND RECOMMENDATION - 2

1    This Report and Recommendation is not an appealable order. Thus, a notice of appeal
2 seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the
3 assigned District Judge acts on this Report and Recommendation.

4    DATED this 20th day of June, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3